**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MSP RECOVERY CLAIMS, SERIES LLC, a
Delaware limited liability company, and Series
16-08-483, a designated series of MSP Recovery
Claims, Series LLC,

                    Plaintiffs,

-against-

TECHNOLOGY INSURANCE COMPANY,
INC., a Delaware Corporation; AMTRUST
FINANCIAL SERVICES, INC., a Delaware
Corporation,

                    Defendants.
-----------------------------------------------------------X



18 **CIVIL** 8036 (AT)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 8, 2020, Defendants' motion to dismiss for lack of subject matter jurisdiction is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          January 9, 2020

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                        **BY:**       _____
                                                   **Deputy Clerk**